**Order filed January 27, 2022.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-21-00412-CR
_____

**JAMIN KIDRON STOCKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1585987**

---

## ORDER

Appellant is represented by appointed counsel, Winifred Akins Pastorini. Appellant's brief was originally due October 25, 2021. We have granted extensions of time to file appellant's brief until January 13, 2022. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. On January 12, 2022, appellant filed another motion to extend time

to file a brief until January 23, 2022. No brief was filed on that date. Accordingly, the motion is dismissed as moot and we issue the following order.

We order appellant to file a brief with the clerk of this court on or before February 11, 2022. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.